

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on June 1, 2015. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to July 1, 2015. On June 30, 2015, the appellant filed a motion requesting an additional extension of time to file the brief until July 31, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by July 31, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court